IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL EQUIPMENT TRADING, LTD., an Illinois corporation, | |
| Plaintiff, | Case No. 1:17-cv-05010 |
| v. | Honorable Marvin E. Aspen |
| ILLUMINA, INC. | Magistrate Judge M. David Weisman |
| Defendant. | |

## JOINT MOTION TO ENTER CONFIDENTIALITY ORDER

Plaintiff International Equipment Trading, Inc. ("IET") and Defendant Illumina, Inc. ("Illumina") hereby file this joint motion for the Court to enter a Confidentiality Order. IET and Illumina have submitted competing versions of proposed Confidentiality Orders through the Court's e-mail address for review and modification as appropriate. Copies of those competing proposed Orders are also provided as exhibits attached to this motion.

These two proposed Confidentiality Orders differ in three respects on which the parties have not reached agreement, described more fully in the attached joint memorandum of law. Prior to entering any Order, IET and Illumina ask the Court to resolve these three disputes and each party provides its position on these disputes in the attached joint memorandum. Upon resolving these disputes, the parties ask the Court to enter a Confidentiality Order reflecting its decision on these three issues.

As required by Local Rule 37.2, the parties and their attorneys listed below have met and conferred on these disputes by telephone and over e-mail on various dates including September 6, 2019, but have been unable to reach agreement on the disputed issues due to no fault of counsel.

Dated: November 8, 2019    Respectfully submitted,

By:    /s/ Katherine A. Grosh
One of Its Attorneys

Howard L. Teplinsky (hteplinsky@lgattorneys.com)
Katherine A. Grosh (kgrosh@lgattorneys.com)
**LEVIN GINSBURG**
180 North LaSalle Street, Suite 3200
Chicago, Illinois  60601
(312) 368-0100

*Counsel for Plaintiff International Equipment Trading, Ltd.*

Dated: November 8, 2019    Respectfully submitted,

By:    /s/ Anita F. Stork
One of Its Attorneys

Anita F. Stork (astork@cov.com) (*pro hac vice*)
Jeffrey M. Davidson (jdavidson@cov.com) (*pro hac vice*)
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, California  94111-5356
(415) 591-6000

Jacob D. Koering (koering@millercanfield.com)
**MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.**
225 West Washington Street, Suite 2600
Chicago, Illinois  60606
(312) 460-4272

*Counsel for Defendant Illumina, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 8, 2019**, I caused a true and correct copy of the foregoing **JOINT MOTION TO ENTER CONFIDENTIALITY ORDER** to be served on all Counsel of Record via the CM/ECF filing system of the Northern District of Illinois.

/s/ Anita F. Stork

Anita F. Stork (astork@cov.com) (*pro hac vice*)
Jeffrey M. Davidson (jdavidson@cov.com) (*pro hac vice*)
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, California 94111-5356
(415) 591-6000