**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL EQUIPMENT TRADING, LTD., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:17-cv-05010 |
| v. | ) ) | Honorable Marvin E. Aspen |
| ILLUMINA, INC. | ) ) | Magistrate Judge M. David Weisman |
| Defendant. | ) ) | |

**AGREED ORDER OF DISMISSAL**

This cause coming to be heard on the parties' Joint Motion to Voluntarily Dismiss Plaintiff's their Second Amended Complaint and Counterclaim, the parties having resolved all issues in accordance with a Confidential Settlement Agreement, the terms of which are incorporated herein by reference, notice having been given and the Court being advised of the premises;

IT IS HEREBY ORDERED:

1. International Equipment Trading Ltd.'s Second Amended Complaint and Illumina, Inc.'s Counterclaim are each dismissed without prejudice. Within thirty (30) days hereof, unless a party files a motion with the Court seeking to enforce the terms of the parties' settlement agreement, the dismissal shall automatically convert to a dismissal with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

_____
Judge Marvin Aspen

Date: July 15, 2020